IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00303-EFB |
| | ) | |
| Plaintiff, | ) | Order of Dismissal |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES OZSVATH, | ) | DATE: June 3, 2013 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Edmund F. Brennan |

It is hereby Ordered that the plaintiff United States of America's Motion to Dismiss the above-captioned matter with prejudice is GRANTED. The June 3, 2013 Control Date is VACATED.

IT IS SO ORDERED.

Dated: May 30, 2013

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE